UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.     Cr. No. 07-190-01-GZS

ROBERT WOLFFE

## MOTION TO DISMISS ORIGINAL INDICTMENT WITHOUT PREJUDICE
Pursuant to Fed. R. Crim. P 48(a)

A Superseding Indictment was returned by the Grand jury on October 31, 2007, captioned United States v. Daniel Riley, Jason Gerhard, Cirino Gonzalez and Robert Wolffe, Cr. No. 07-189-01, 02, 03 & 04-GZS, which incorporates the charges contained in the original Indictment against Robert Wolffe. The government intends to proceed on the new Superseding Indictment, and not on the original Indictment, and therefore seeks leave of Court to dismiss, without prejudice, the original Indictment (docket #3) in this case.

November 2, 2007         Respectfully submitted,

                         THOMAS P. COLANTUONO
                         United States Attorney
                    By:  /s/ Arnold H. Huftalen
                         Arnold H. Huftalen
                         Assistant U.S. Attorney
                         N.H. Bar Assoc. No. 1215
                         53 Pleasant Street, 4th Floor
                         Concord, New Hampshire 03301
                         (603) 225-1552

### CERTIFICATION OF SERVICE

I hereby certify that service is being made upon counsel of record via ecf filing notice.

                         /s/ Arnold H. Huftalen
                         Arnold H. Huftalen
                         Assistant U.S. Attorney